

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 1:25-CR-112 (MAD) |
| | ) | | |
| v. | ) | **Indictment** | |
| | ) | | |
| **DAMON DUNN, aka "Moe,"** <br> **GREG TEJADA, aka "Bear,"** <br> **CECILIO WAREHAM,** <br> **KEVIN DUNN,** <br> **AIDAN WHITE,** <br> **KRISTINE SCIBELLI,** <br> **ALLEN MCGRAW, aka "Snoop," and** <br> **RAYMOND ROBINSON,** <br><br> **Defendants.** | ) | Violations: | 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (B) and (C) [Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances] <br><br> 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and (C) [Distribution and Possession with Intent to Distribute Controlled Substances] <br><br> 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(B) [Attempted Possession with Intent to Distribute a Controlled Substance] <br><br> 12 Counts & Forfeiture Allegation <br><br> Counties of Offenses: Ulster, Albany |

## THE GRAND JURY CHARGES:

### COUNT 1
[Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances]

Between in or around March 2024 and in or around November 2024, in Ulster County in the Northern District of New York, and elsewhere, the defendants, **DAMON DUNN, aka "Moe,"**

GREG TEJADA, aka "Bear," CECILIO WAREHAM, KEVIN DUNN, AIDAN WHITE, KRISTINE SCIBELLI, ALLEN MCGRAW, aka "Snoop," and RAYMOND ROBINSON, and others known and unknown, conspired to knowingly and intentionally distribute and possess with intent to distribute one or more controlled substances, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

As to **DAMON DUNN, aka "Moe,"** that violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine and 280 grams or more of a mixture and substance containing cocaine base, both Schedule II controlled substances, in violation of 21 U.S.C. § 841(b)(1)(A).

As to **GREG TEJADA, aka "Bear,"** and **CECILIO WAREHAM**, that violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(A).

As to **KEVIN DUNN, AIDAN WHITE,** and **KRISTINE SCIBELLI**, that violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B).

As to **ALLEN MCGRAW, aka "Snoop,"** and **RAYMOND ROBINSON**, that violation involved cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

**COUNT 2**
**[Distribution of Controlled Substances]**

On or about August 7, 2024, in Ulster County in the Northern District of New York, the defendant, **DAMON DUNN, aka "Moe,"** knowingly and intentionally distributed one or more controlled substances, in violation of 21 U.S.C. § 841(a)(1). That violation involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II

controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B), and cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

## COUNT 3
**[Distribution of a Controlled Substance]**

On or about August 16, 2024, in Ulster County in the Northern District of New York, the defendant, **RAYMOND ROBINSON**, knowingly and intentionally distributed a controlled substance, in violation of 21 U.S.C. § 841(a)(1). That violation involved cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

## COUNT 4
**[Distribution of a Controlled Substance]**

On or about August 18, 2024, in Ulster County in the Northern District of New York, the defendant, **GREG TEJADA, aka "Bear,"** knowingly and intentionally distributed a controlled substance, in violation of 21 U.S.C. § 841(a)(1). That violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B).

## COUNT 5
**[Distribution of a Controlled Substance]**

On or about August 19, 2024, in Ulster County in the Northern District of New York, the defendant, **DAMON DUNN, aka "Moe,"** knowingly and intentionally distributed a controlled substance, in violation of 21 U.S.C. § 841(a)(1). That violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B).

## COUNT 6
### [Possession with Intent to Distribute a Controlled Substance]

On or about August 19, 2024, in Ulster County in the Northern District of New York, the defendant, **AIDAN WHITE**, knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1). That violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B).

## COUNT 7
### [Distribution of Controlled Substances]

On or about September 4, 2024, in Ulster County in the Northern District of New York, the defendant, **DAMON DUNN, aka "Moe,"** knowingly and intentionally distributed one or more controlled substances, in violation of 21 U.S.C. § 841(a)(1). That violation involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B), and cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

## COUNT 8
### [Distribution of a Controlled Substance]

On or about September 5, 2024, in Ulster County in the Northern District of New York, the defendant, **KRISTINE SCIBELLI**, knowingly and intentionally distributed a controlled substance, in violation of 21 U.S.C. § 841(a)(1). That violation involved cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

## COUNT 9
### [Distribution of Controlled Substances]

On or about September 18, 2024, in Ulster County in the Northern District of New York, the defendant, **DAMON DUNN, aka "Moe,"** knowingly and intentionally distributed one or more

controlled substances, in violation of 21 U.S.C. § 841(a)(1). That violation involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B), and cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

### COUNT 10
### [Distribution of a Controlled Substance]

On or about September 25, 2024, in Ulster County in the Northern District of New York, the defendant, **DAMON DUNN, aka "Moe,"** knowingly and intentionally distributed a controlled substance, in violation of 21 U.S.C. § 841(a)(1). That violation involved cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

### COUNT 11
### [Possession with Intent to Distribute a Controlled Substance]

On or about September 25, 2024, in Albany County in the Northern District of New York, the defendant, **ALLEN MCGRAW, aka "Snoop,"** knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1). That violation involved cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

### COUNT 12
### [Attempted Possession with Intent to Distribute a Controlled Substance]

On or about October 9, 2024, in Ulster County in the Northern District of New York, the defendant, **DAMON DUNN, aka "Moe,"** attempted to knowingly and intentionally possess with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1). That violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of the indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a). Upon conviction of one or more offenses in violation of 21 U.S.C. §§ 846 and 841, as set forth in Count 1, the defendant, **DAMON DUNN, aka "Moe,"** shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting and derived from any proceeds obtained, directly and indirectly as a result of the offenses, and any property used, and intended to be used, in any manner and part, to commit, and to facilitate the commission of the offense, including, but not limited to:

(1) a money judgment in the amount of $43,160 in U.S. currency as to **DAMON DUNN, aka "Moe."**

### Substitute Assets

If any of the property described in the Forfeiture Allegation above, as a result of any act or omission of the defendant, either: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) and Federal Rule of Criminal Procedure 32.2(e).

Dated: March 20, 2025

A TRUE BILL,

_____
Grand Jury Foreperson

JOHN A. SARCONE III
United States Attorney

By: _____
Ashlyn Miranda
Assistant United States Attorney
Bar Roll No. 700759